UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
99 JUL -2 PM 3:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

THE MADISON BOWLING CENTER, INC.)
    Plaintiff, )
vs. )    CV99-S-603-NE
HEDDON BOWLING CORPORATION, )
    Defendant. )

ENTERED
JUL 0 2 1999

**FINDINGS OF FACT
AND
CONCLUSIONS OF LAW**

This action is before the court on plaintiff's motion for entry of default judgment, together with supporting affidavit of Earl Estes, filed June 28, 1999. The court files reflects the following.

1. Summons and complaint were served on defendant on March 16, 1999.

2. Defendant filed an "answer" on April 1, 1999, which was stricken by the court on April 2, 1999. There has been no further response by defendant to the complaint.

3. An entry of default was made by the clerk on June 8, 1999.

4. The affidavit of Earl Estes reflects that defendant is indebted to plaintiff in the amount of $184,496.80.

An appropriate judgment by default will be entered.

DONE this _2nd_ day of July, 1999.

                                                  [signature]
                                      United States District Judge